IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *CATHY CASTIC, individually and on behalf of all others similarly situated,* )<br>)<br>) | |
| **Plaintiff,** )<br>) | |
| ) | Case No. 22-cv-2497-SMY |
| vs. )<br>) | |
| **RESURGENT CAPITAL SERVICES L.P.,** )<br>)<br>) | |
| **Defendant.** | |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Notice of Settlement (Doc. 10) and the 60-Day Order (Doc. 11), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** April 28, 2023

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk

**Approved:**

_____
**STACI M. YANDLE**
**United States District Judge**